UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FUSIONSTORM, INC.,

        Plaintiff,

v.                                Case No. 8:11-cv-1969-T-33AEP

PRESIDIO NETWORKED SOLUTIONS,
INC., ET AL.,

        Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to the April 26, 2012, Report and Recommendation of Anthony E. Porcelli, United States Magistrate Judge (Doc. # 83), in which Judge Porcelli recommends that Defendants Michael Lytos, David Duff, and Yandy Ramirez's Motion in the alternative to Compel Arbitration (Doc. # 18) be granted; Motion of Defendant John Lotze for Entry of Order Compelling Arbitration of All Claims Alleged Against Him (Doc. # 24) be granted; Defendant Presidio's Motion to Compel Arbitration (Doc. # 23) be granted to the extent that the arbitrator should decide whether Presidio may participate in the arbitration between the individual defendants and FusionStorm; Defendant Presidio's Motion to Dismiss Plaintiff's Complaint (Doc. # 22) be denied without prejudice; Plaintiff's Motion to Compel Discovery (Doc. # 51) be denied without prejudice; and John Lotze's

Motion for Protective Order (Doc. # 63) be denied without prejudice. Judge Porcelli also recommends FusionStorm be permitted to seek injunctive relief in this forum but the case be stayed as to all other claims against Defendants and recommends Defendant Gina King be dismissed from this action. (Doc. # 83).

As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro

Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation of Anthony E. Porcelli, United States Magistrate Judge (Doc. # 83) is **ACCEPTED** and **ADOPTED.**

(2) Defendants Michael Lytos, David Duff, and Yandy Ramirez's Motion in the alternative to Compel Arbitration (Doc. # 18) is **GRANTED;**

(3) Motion of Defendant John Lotze for Entry of Order Compelling Arbitration of All Claims Alleged Against Him (Doc. # 24) is **GRANTED;**

(4) Defendant Presidio's Motion to Compel Arbitration (Doc. # 23) is **GRANTED** to the extent that the arbitrator should decide whether Presidio may participate in the arbitration between the individual defendants and FusionStorm;

(5) Defendant Presidio's Motion to Dismiss Plaintiff's Complaint (Doc. # 22) is **DENIED** without prejudice;

(6) Plaintiff's Motion to Compel Discovery (Doc. # 51) is **DENIED** without prejudice;

(7) John Lotze's Motion for Protective Order (Doc. # 63) is **DENIED** without prejudice;

(8) Defendant Gina King is **DISMISSED** from this action; and

(9) FusionStorm is permitted to seek injunctive relief in this forum but the case is **STAYED** as to all other claims against Defendants.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 21st day of May, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record